# APPRAISAL REPORT

of

3710 NE 16TH PL

OCALA, FL 34470

**As Of:**

04/12/2018

**Prepared For:**

APPRAISALPORT
SUCCESS MORTGAGE PARTNERS, INC.
1200 S SHELDON RD SUITE 150
PLYMOUTH, MI 48170

**Prepared By:**

TODD BARFIELD
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478