**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**TANYA BATTEN,**

    **Plaintiff,**

v.                                                                                                      **Case No: 5:18-cv-483-Oc-PRL**

**TODD L. BARFIELD and BARFIELD &**
**ASSOCIATES, LLC**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's motion to file an amended complaint. (Doc. 14). Defendants filed a response advising that they do not oppose the motion. (Doc. 15). Upon due consideration, Plaintiff's motion is **GRANTED**. The Clerk shall file as a separate docket entry the First Amended Complaint attached to the instant motion. (Doc. 14-3).

The parties recently filed a notice advising the Court that they had exhausted all settlement efforts and that they would be filing a Case Management Report. (Doc. 12). To date, they have not done so. Accordingly, within **fourteen (14) days** of this Order, the parties shall file a Case Management Report signed by counsel for all parties.

**DONE** and **ORDERED** in Ocala, Florida on January 29, 2019.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties