# APPRAISAL REPORT

**of**

3960 SE 115TH STREET

BELLEVIEW, FL 34420-4826

**As Of:**

10/02/2017

**Prepared For:**

QUICKEN LOANS, INC.
1050 WOODWARD AVE
DETROIT, MI 48226

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

8973 SW 94TH LANE UNIT B

OCALA, FL 34481-7442

**As Of:**

10/03/2017

**Prepared For:**

REGIONS BANK
215 FORREST ST 6TH FLOOR
HATTIESBURG, MS 39401

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

6426 SE 41ST COURT

OCALA, FL 34480-7725

**As Of:**

09/27/2017

**Prepared For:**

TD BANK
12000 HORIZON WAY
MOUNT LAUREL, NJ 08054

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

6201 NW 110TH STREET

REDDICK, FL 32686

**As Of:**

10/18/2017

**Prepared For:**

RBC BANK N.A
8081 ARCO CORPORATE DRIVE SUITE 400
RALEIGH, NC 27617

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

3370 SE 2ND AVENUE

OCALA, FL 34471-5160

## As Of:

11/08/2018

## Prepared For:

AUTO-OWNERS INSURANCE
PO BOX 30660
LANSING , MI 48909-8160

## Prepared By:

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. Box 4338
Ocala, FL 34478

# APPRAISAL REPORT

### of

Land Property at

10010 N OCEAN DRIVE

CITRUS SPRINGS, FL 34473

## As Of:

10/25/2017

## Prepared For:

No AMC
WHITNEY/HANCOCK BANK
2510 14TH STREET
GULFPORT, MS 39501

## Prepared By:

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

10285 SW 87TH TERRACE

OCALA, FL 34481-9500

**As Of:**

11/06/2017

**Prepared For:**

REO MANAGEMENT SOLUTIONS, LLC
5222 CYPRESS CREEK
HOUSTON, TX 77069

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

9198 SE 48TH COURT RD

OCALA, FL 34480

**As Of:**

11/24/2017

**Prepared For:**

SOUTHWEST BANK
4100 INTERNATIONAL PLAZA STE 110
FORT WORTH, TX 76109

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

4451 NW 130TH AVE

OCALA, FL 34482-1715

## As Of:

11/27/2017

## Prepared For:

GOLDWATER BANK, N.A.
5690 DTC BLVD #100
GREENWOOD VILLAGE, CO 80111

## Prepared By:

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

4712 NE 20TH AVE

OCALA, FL 34479-2036

**As Of:**

12/08/2017

**Prepared For:**

NATIONS RELIABLE LENDING, LLC
2506 W. MAIN STREET SUITE 400
HOUSTON, TX 77098

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

5276 CR 125B-1

WILDWOOD, FL 34785-7963

## As Of:

12/19/2017

## Prepared For:

SUNTRUST MORTGAGE, INC
901 SEMMES AVE MTG-1244
RICHMOND, VA 23224

## Prepared By:

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

10690 NE 104TH CIRCLE

OXFORD, FL 34484-3908

**As Of:**

01/29/2018

**Prepared For:**

U.S. BANK, N.A.
200 SOUTH 6TH STREET
MINNEAPOLIS, MN 55402

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

4611 NE 4TH AVE

OCALA, FL 34479-1949

## As Of:

02/09/2018

## Prepared For:

FLAGSTAR BANK
5151 CORPORATE DR
TROY, MI 48098

## Prepared By:

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

9498 SE 140TH PL

SUMMERFIELD, FL 34491

## As Of:

03/30/2018

## Prepared For:

SUCCESS MORTGAGE PARTNERS, INC.
1200 S. SHELDON RD SUITE 150
PLYMOUTH, MI 48170

## Prepared By:

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

601 WILLIS AVENUE

WILDWOOD, FL 34785

## As Of:

05/01/2018

## Prepared For:

NATIONS RELIABLE LENDING, LLC
2506 W. MAIN STREET SUITE 400
HOUSTON, TX 77098

## Prepared By:

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

2550 SE 122ND COURT

MORRISTON, FL 32668

**As Of:**

04/30/2018

**Prepared For:**

No AMC
E JOHN ANASTASI, ESQ.
245 MAIN STREET
OXFORD, MA 01540-2338

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
PO BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

7868 SW 80TH PLACE RD

OCALA, FL 34476

**As Of:**

05/08/2018

**Prepared For:**

RENASANT BANK
2001 PARK PLACE NORTH SUITE 650
BIRMINGHAM, AL 35203

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

## of

13650 NE 209TH TERRACE

FT MCCOY, FL 32134-5735

## As Of:

05/15/2018

## Prepared For:

THIRD FEDERAL SAVINGS & LOAN ASSN.
7007 BROADWAY AVE
CLEVELAND, OH 44105

## Prepared By:

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

7840 N GIBRALTER DR

CITRUS SPRINGS, FL 34434

**As Of:**

05/22/2018

**Prepared For:**

FORT COMMUNITY CREDIT UNION
800 MADISON AVENUE
FORT ATKINSON, WI 53538

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

## of

9669 SE 17TH PL RD

SUMMERFIELD, FL 34491

## As Of:

05/18/2018

## Prepared For:

LIVE WELL FINANCIAL, INC ISAOA
1011 BOULDER SPRINGS DR SUITE 420
RICHMOND, VA 23225

## Prepared By:

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

5200 SW 163RD AVENUE

OCALA, FL 34481

**As Of:**

05/21/2018

**Prepared For:**

RESOURCE FINANCIAL SERVICES, INC
2717 DEVINE STREET
COLUMBIA, SC 29205

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

**of**

17186 SW 39TH CIRCLE

OCALA, FL 34473

**As Of:**

05/29/2018

**Prepared For:**

BBVA COMPASS-CONSUMER
401 W. VALLEY AVE.
BIRMINGHAM, AL 35209

**Prepared By:**

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478

# APPRAISAL REPORT

### of

60 PINE TRACE LOOP

OCALA, FL 34472

## As Of:

05/18/2018

## Prepared For:

ASSET BASED LENDING
66 HUDSON ST SUITE 301
HOBOKEN NEW, JERSEY 07030

## Prepared By:

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478