# INVOICE

Invoice #:    181281
Invoice Date: 02/19/2018
Fee:          450.00
Due Date:

Lender or Client:                    Borrower:
REGIONS BANK                         PINDER, CATHERINE
215 FORREST ST 6TH FLOOR             417 SE 12TH STREET
HATTIESBURG, MS 39401                OCALA, FL 34471-3735

| Item | Cost |
|------|------|
| MULTI-FAMILY APPRAISAL REPORT | $    450.00 |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| Total Amount Due: | $    450.00 |

Terms:

Please remit payment to:

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478