# INVOICE

Invoice #:     172524
Invoice Date: 12/20/2017
Fee:              350.00
Due Date:

Lender or Client:
NATIONS RELIABLE LENDING, LLC
2506 W. MAIN STREET SUITE 400
HOUSTON, TX 77098

Borrower:
ARGUS-BOLYARD, SAMANTHA
224 S DAVIS STREET
BEVERLY HILLS, FL 34465

| Item | Cost |
|---|---|
| FIELD REVIEW/FORM 2000 | $ 350.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Total Amount Due: | $ 350.00 |

Terms:

Please remit payment to:

TODD L. BARFIELD, MAI, MRICS, CCIM
BARFIELD & ASSOCIATES, LLC
P.O. BOX 4338
OCALA, FL 34478