
the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and return original message to us at the address listed above.

**From:** Christina Spradley [mailto:christina@barfieldassociates.com]
**Sent:** Thursday, March 1, 2018 3:33 PM
**To:** 'Tanya Batten' <t.batten01@gmail.com>
**Subject:** NEW ORDER FILES
**Importance:** High

NEW ORDER FOR YOU 😊 AS WELL AS A REGIONS HERE FOR YOU AT THE OFFICE.

Christina Spradley
Office Manager
Barfield & Associates, LLC
Ocala
Phone 352.861.2522 | Fax 352.861.2177
Orlando
Phone 407.284.1997 | Fax 407.730.3584
www.barfieldassociates.com
christina@barfieldassociates.com



