
You have at least 4 new ones

> Ok cool

> Since yesterday?

Yes

> Ok so all Amrock are mine? I want to try to set appts

No there are two (I think) that are Christina's. I know all AP is yours and Appraisal Logistics has some things. The files should be in the office. Jourdon was doing them

Sat, Mar 31, 4:10 PM



**2 People** >

**Jourdon Work**

The Saturday files are done also.

You have 11 files



I'm going to be there in a few to get them

**Jourdon Work**



**CS:** portal please?

**Me:** Yes, I actually left them a message but I'll call right now

Christina Spradley



**CS:** You have two files here 😊

**CS:** Ok perfect!


  
      


> Hey can I get the file number for this file, 2245 Antigua Pl the Villages please

Christina Spradley

> Oh goodness. 😂 yes! Lol

**Thu, Apr 5,** 9:47 AM

Jourdon Work

> 181407

> Christina and Tanya there are new files ready for you guys!

> Ok thank you

Christina Spradley

> Christina 😂😂😂😂












