From the Office of:
# Todd L Barfield et al
P.O. Box 4338
Ocala, FL 34478
Phone 352.895.8000

September 24, 2018

**VIA EMAIL ONLY**

Ms. Tanya Batten
c/o John Morales
McCalip & Morales Appraisal Service, Inc.
4 Banyan Drive
Ocala, FL 34472
Phone 352.690.6200

Dear Ms. Batten:

This correspondence informs you that pursuant Fla. Statute 810.08, please be advised that you are warned from entering the premises located at the following addresses:

    Barfield & Associates, LLC:   2800 E. Silver Springs Blvd., Ocala, FL 34470 except for a legitimate business purpose concerning one of the other occupants. However, at no time shall you enter Suite 206 for any reason whatsoever.

    Todd L Barfield:               1723 SW 27th Place, Ocala, FL 34471

    Please be advised that this letter shall serve as a trespass warning to you from this time forward. If you enter or remain on these premises at any time in the future, the appropriate law enforcement authorities will be called, and you will subject yourself to trespassing after warning.

    **PLEASE GOVERN YOURSELF ACCORDINGLY.**

                                                      Sincerely,

                                                      Todd L. Barfield, MAI, MRICS, CCIM