01/17/2019

TO WHOM IT MAY CONCERN:

Tanya Batten started working for me on 06/18/2018. Please feel free to contact me if you have any questions or concerns.

Thank you

John Morales
352-817-7595

realtygator@aol.com