To: **Tanya Batten** ›     Hide 

### FW: Order message for 1357 W Mosswood Ln, Citrus Springs, FL

May 9, 2018 at 9:03 AM

Hello, Can you please advise the status of this revision request? Thanks, Kasey


Jourdon Bryant
Administrative Assistant
Barfield & Associates, LLC
Ocala
Phone 352.861.2522 | Fax 352.861.2177
Orlando
Phone 407.284.1997 | Fax 407.730.3584
www.barfieldassociates.com
jourdon@barfieldassociates.com



