From: **Jourdon Bryant**

To: **Tanya Batten**          Hide

tbarfield@barfieldassociates.com

### FW: Revision Needed for 1357 W Mosswood Ln, Citrus Springs, FL

May 8, 2018 at 12:30 PM

Please correct owner of record to Wilmington Savings Fund Society, FSB d/b/a Christiana Trust as per title commitment.

Please correct owner of record to Wilmington Savings Fund Society, FSB d/b/a Christiana Trust as per title commitment..

Jourdon Bryant
Administrative Assistant
Barfield & Associates, LLC
Ocala
Phone 352.861.2522 | Fax 352.861.2177
Orlando
Phone 407.284.1997 | Fax 407.730.3584
www.barfieldassociates.com
jourdon@barfieldassociates.com