
Todd Barfield,

The following message was sent from the Appraisal Logistics web portal:

Todd,

Please see below and advise your ETA.
========================================
Please ask the appraiser if there is any way possible they could have the appraisal uploaded on the morning of the 3rd? closing is set for the 7th and the appraisal is the only outstanding condition on the file.

**Sender:**
Nancy Lee
(866) 991-2574 x227

**Order Information:**
Client: Nations Reliable Lending, LLC
Order #1825727
Zane Vern Akins
601 Willis Ave
Wildwood, FL 34785

**Reply To Message**

Please do not reply to this message, as this is an unattended mailbox.

