**From:** Paul Barash <bpm814@gmail.com>
**Date:** May 22, 2018 at 12:20:54 PM EDT
**To:** Tanya Batten <t.batten01@gmail.com>
**Subject: Re: Invoice for 60 Pine Trace Loop Ocala, Fl 34472**

Great
Thanks
Paul

Sent from my iPhone

On May 22, 2018, at 12:13 PM, Tanya Batten <t.batten01@gmail.com> wrote:

Hey Paul, Thank you for sending the check and the appraisal will be done no later than tomorrow.

Tanya K. Batten
Barfield & Associates, LLC
tanya@barfieldassociates.com
2800 E Silver Springs Blvd
Suite 206
Ocala, FL 34470
352-572-3125

On May 22, 2018, at 11:01 AM, Paul Barash <bpm814@gmail.com> wrote:

Tanya
Check went out today.
Thank you for all your help.

When will the appraisal be completed??
Paul


Sent from my iPhone

On May 21, 2018, at 5:38 PM, Tanya Batten <t.batten01@gmail.com> wrote:

I'm sorry we are not set up for credit card payments.

Tanya K. Batten
Barfield & Associates, LLC
tanya@barfieldassociates.com
2800 E Silver Springs Blvd
Suite 206
Ocala, FL 34470
352-572-3125

On May 21, 2018, at 3:21 PM, Paul Barash <bpm814@gmail.com> wrote:

Tanya can I use a debit card to make payment

Sent from my iPhone

On May 20, 2018, at 4:25 PM, Tanya Batten <t.batten01@gmail.com> wrote: