Please do not reply to this message, as this is an unattended mailbox.

© Copyright 2018 Appraisal Logistic Solutions, LLC. All rights reserved.

Virus-free. [www.avast.com](www.avast.com)

[See More](#)

Found in Gmail Sent Mailbox

**Tanya Batten**                    3/1/18
To: Christina Spradley    [Details](#)

Ok thank you 😊

Tanya K. Batten
Barfield & Associates, LLC
[tanya@barfieldassociates.com](mailto:tanya@barfieldassociates.com)
2800 E Silver Springs Blvd
Suite 206
Ocala, FL 34470
352-572-3125

[See More](#) from Christina Spradley