**From:** Nancy Zarach <nzarach@fortcommunity.com>
**Date:** May 26, 2018 at 11:41:19 AM EDT
**To:** Tanya Batten <t.batten01@gmail.com>
**Subject: RE: xml Wills appraisal**

Awesome!

*Thank you,*
*Nancy*

https://www.fortcommunity.com/


**From:** Tanya Batten <t.batten01@gmail.com>
**Sent:** Friday, May 25, 2018 1:39 PM
**To:** Nancy Zarach <nzarach@fortcommunity.com>
**Subject:** xml Wills appraisal



--
Tanya K. Batten
Barfield & Associates, LLC
Cell (352) 572-3125
www.barfieldassociates.com

Confidentiality Notice: This transmission may contain information that is privileged, confidential, legally privileged, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is strictly prohibited. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.

No Contract Intended. Neither the e-mail signature block nor the email address contained in this transmission constitutes a signed writing for purposes of a binding contract or a signature under the Uniform Electronic Transactions Act. The sender does not intend to conduct any transactions by electronic means. Any language contained in this e-mail relating to negotiations is preliminary in nature and is not intended to form an agreement or contract.