

**27 Fri**

SUCCESS MORTGAGE IS DUE 1357 MO
8–9 AM

US BANK IS DUE 1712 SE 35TH LN
9–10 AM

(2) APPRAISAL LOGISTICS IS DUE
10–11 AM

REGIONS BANK IS DUE 7695 W MISS M
11 AM–12 PM

INSPECTION WITH TANYA
3–4 PM

April 29 – May 5

**30 Mon**

SUCCESS MORTGAGE IS DUE 10301 N
8–9 AM

INSPECTION WITH CHRISTINA 79 HEM
10–11 AM

May ▾        ➕

**2 Wed**
- APPRAISAL LOGISTICS IS DUE 79 HEMI
  8–9 AM
- AMROCK IS DUE 11225 SE 73RD CT ( B
  9–10 AM

**3 Thu**
- TD BANK IS DUE ALACHUA COUNTY T
  8–9 AM

**5 Sat**
- Cinco de Mayo

May 6 – 12

**7 Mon**
- JACKSON PAYMENT IS DUE
  10–11 AM

May 13 – 19

**13 Sun**
- Mother's Day
- Mercedes-Suntrust
  8–9 AM

**19 Thu**

- AMROCK IS DUE 2919 N RIVERS EDGE — 7:30–8:15 AM
- REGIONS IS DUE TBD MASTER PLAN 18 — 8–9 AM
- INSPECTION WITH TANYA 2919 N RIVE — 9–9:30 AM
- TBD MASTER PLAN 1860 , (WILDWOOD — 9–10 AM
- INSPECTION WITH TANYA 13 S LEE ST — 10–10:30 AM
- INSPECTION WITH TANYA 385 E Hartfo — 10:30–11:30 AM
- INSPECTION WITH TANYA 77 S J KELLN — 11:30 AM–12:30 PM
- TD Bank Conference Call 1 pm to 2 pm — 1–2 PM

**20 Fri**

- TD BANK IS DUE 3351 SW 49TH — 8–9 AM

**20 Fri**

TD BANK IS DUE 3351 SW 49TH TER
8–9 AM

REGIONS BANK IS DUE 1605 SW 31ST
8:30–9:30 AM

INSPECTION WITH TANYA 13293 SE 10
9–9:30 AM

CONSOLIDATED ANALYTICS IS DUE 13
9:30–10 AM

INSPECTION WITH CHRISTINA 225 NE
10–11 AM

AMROCK IS DUE 385 E HARTFORD ST
11 AM–12 PM

RENASANT IS DUE 3820 SE 33RD AVE
12–1 PM

JOURDONS BIRTHDAY
1–2 PM

April 22 – 28

**23**

TD BANK IS DUE 77 S LKELLNER BLVD



