

Michael Massey <massey@352law.com>

## Fwd: McKnight #181456 due 5/1
1 message

**Tanya Batten** <t.batten01@gmail.com>  Thu, Jan 17, 2019 at 3:08 PM
To: massey@352law.com

Tanya K. Batten
M&M Appraisal Service
PO Box 6034
Ocala, Fl 34478
352-572-3125

Begin forwarded message:

> **From:** "Todd L Barfield" <tbarfield@barfieldassociates.com>
> **Date:** May 1, 2018 at 8:49:55 AM EDT
> **To:** "'Tanya Batten'" <t.batten01@gmail.com>
> **Subject: RE: McKnight #181456 due 5/1**
>
> Ready to upload. Check purchase price to make sure there are no addendums or anything raising it to cover seller concessions please. I'm pretty sure this is Mercury…it had another amc on it.
>
> ### Todd L Barfield, MAI, MRICS, CCIM
>
> ### Barfield & Associates, LLC
>
> <u>Ocala</u>
>
> Phone 352.861.2522 | Fax 352.861.2177
>
> Mobile 352.895.8000
>
> <u>Orlando</u>
>
> Phone 407.284.1997 | Fax 407.730.3584
>
> www.barfieldassociates.com
>
> tbarfield@barfieldassociates.com

This message is intended only for the use of the individual or entity which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this message in error, please notify us immediately by telephone and return original message to us at the address listed above.

**From:** Tanya Batten [mailto:t.batten01@gmail.com]
**Sent:** Sunday, April 29, 2018 7:38 PM
**To:** Todd L Barfield; Todd Barfield
**Subject:** McKnight #181456 due 5/1

--

Tanya K. Batten

Barfield & Associates, LLC

Cell (352) 572-3125

www.barfieldassociates.com

**2 attachments**



**image001.jpg**
7K

**181456.clk**
2271K