

**Michael Massey <massey@352law.com>**

## Fwd: Revised Frati
1 message

**Tanya Batten** <t.batten01@gmail.com>  Thu, Jan 17, 2019 at 3:14 PM
To: massey@352law.com

> Tanya K. Batten
> M&M Appraisal Service
> PO Box 6034
> Ocala, Fl 34478
> 352-572-3125
>
> Begin forwarded message:
>
>> **From:** "Todd L Barfield" <tbarfield@barfieldassociates.com>
>> **Date:** March 16, 2018 at 12:46:04 PM EDT
>> **To:** "'Tanya Batten'" <t.batten01@gmail.com>
>> **Subject: RE: Revised Frati**
>>
>> Yes resubmit
>>
>> # Todd L Barfield, MAI, MRICS, CCIM
>>
>> # Barfield & Associates, LLC
>>
>> Ocala
>>
>> Phone 352.861.2522 | Fax 352.861.2177
>>
>> Mobile 352.895.8000
>>
>> Orlando
>>
>> Phone 407.284.1997 | Fax 407.730.3584
>>
>> www.barfieldassociates.com
>>
>> tbarfield@barfieldassociates.com



This message is intended only for the use of the individual or entity which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this message in error, please notify us immediately by telephone and return original message to us at the address listed above.

**From:** Tanya Batten [mailto:t.batten01@gmail.com]
**Sent:** Friday, March 16, 2018 12:37 PM
**To:** Todd L Barfield; Todd Barfield
**Subject:** Revised Frati

Let me know if its ok to resubmit.

--

Tanya K. Batten

Barfield & Associates, LLC

Cell (352) 572-3125

www.barfieldassociates.com