UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TANYA BATTEN,   CASE NO. 5:18-CV-483-OC-30-PRL

    Plaintiff,

vs.

BARFIELD & ASSOCIATES, LLC and
TODD L. BARFIELD,

    Defendants.
_____/

## DEFENDANTS' VERIFIED MOTION FOR CONTINUANCE

Defendants, Barfield & Associates, LLC and Todd L. Barfield ("Barfield"), move this Court for the entry of an Order continuing the trial presently scheduled for August 17, 2020 at 9:00 a.m., pursuant to Rule 3.09 of the Local Rules of the United States District Court for the Middle District of Florida, and would cite as substantial grounds of law and fact in support thereof as follows:

    1.    On March 16, 2020, this Court entered an Order scheduling trial in this cause for March 30, 2020.

    2.    On May 1, 2020, the principal of the Defendant and the individual Defendant, Todd Barfield, was involved in a motor vehicle accident. The Florida Traffic Crash Report is attached as Exhibit "A."

    3.    As soon as was practical, Barfield notified the Court of the potential need for requesting a continuance (Exhibit "B" to be furnished).

    4.    The Court responded with an Order (Exhibit "C" to be furnished).

5. Barfield has continued his recovery, but continues to be on vocational rehabilitation, and his driving and walking abilities are extremely limited by his medical condition (see attached rehabilitative report, Exhibit "D"). Barfield has been unable to continue his medical treatment as a result of the restrictions imposed by the COVID-19 pandemic.

6. On July 24, 2020, Barfield's daughter, A.D.B received a positive COVID-19 test result.

7. The physical condition of Barfield, combined with the limitations placed upon the ability to speak with necessary witnesses caused by the COVID-19 pandemic, prejudiced Barfield in the proper presentation of his defense.

8. Another short continuance will be without prejudice to the Plaintiff as, pursuant to discovery, she is gainfully employed in a business almost identical to that of Barfield.

9. There was one prior Motion for Continuance filed by Defendants' counsel due to COVID-19. It had been hoped that the COVID-19 pandemic conditions and the physical and mental conditions of Barfield would have improved by this time, and thus this Motion was filed now because those conditions have not improved.

## MEMORANDUM OF LAW

A motion for continuance is addressed to sound discretion of the Court. <u>Chung Wing Ping v. Kennedy</u>, C.A. DC 1961 294 F. 2d 735, 111 U.S. App. DC 106, cert. denied 82 S.C. 380, 386, US 938, 7 L. Ed. 2nd 337, Fed. R. Civ. P. 1852.

## CERTIFICATE

10. Undersigned counsel has contacted attorney for the Plaintiff, Michael Massey, Esq., who has indicated neither he nor his client may consent to an order continuing this case.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

_____
TODD BARFIELD

WHEREFORE, Barfield & Associates, LLC, and Todd Barfield, request that this Court enter an Order continuing the actual trial of this case to a date not sooner than 45 days from the date originally scheduled.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via E-service this 3rd day of August, 2020 to: Michael Massey, Esq., Massey & Duffy, PLLC, 855 E. University Avenue, Gainesville, Florida 32601 (massey@352law.com).

BLANCHARD, MERRIAM, ADEL,
KIRKLAND & GREEN, P.A.

By: /s/ Dock A. Blanchard
_____
DOCK A. BLANCHARD, ESQ., B.C.S.
Civil Trial/Appellate
Post Office Box 1869
Ocala, Florida 34478
Phone: 352/732-7218
Fax: 352-732-0017
Dblanchard@bmaklaw.com
Jrose@bmaklaw.com
Florida Bar Number: 172170
Attorneys for Defendants