UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**TANYA BATTEN,**

    **Plaintiff,**

v.                                                    Case No: 5:18-cv-483-Oc-PRL

**TODD L. BARFIELD and BARFIELD & ASSOCIATES, LLC,**

    **Defendants.**

## ORDER

Upon a review of the case and with due consideration, and for the reasons stated in the motion, the parties' joint motion for approval of the settlement agreement (Doc. 64) is GRANTED as follows:

1. The Court finds that the settlement is a fair and reasonable compromise of Plaintiff's FLSA claims, and that the amount of attorney's fees and costs are reasonable;

2. The Court declines to retain jurisdiction;[1] and

3. The Clerk is directed to dismiss this case with prejudice, enter judgment accordingly, terminate any pending motions, and close the file.

---

[1] *Xiomara Alba v. Latino Grocery/Spanish Food, Inc.*, No. 617CV333ORL28GJK, 2017 WL 11017719, at *4 (M.D. Fla. Sept. 28, 2017), *report and recommendation adopted sub nom. Alba v. Latino Grocery/Spanish Food, Inc.*, No. 617CV333ORL28GJK, 2017 WL 11017583 (M.D. Fla. Oct. 24, 2017) ("This Court ordinarily denies requests to retain jurisdiction over the case after an FLSA settlement agreement has been found to be a fair and reasonable settlement of a plaintiff's FLSA claims.").

- 2 -

**DONE** and **ORDERED** in Ocala, Florida on September 4, 2020.

*[signature]*

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties